UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **IRON WORKERS DISTRICT COUNCIL OF SOUTHERN OHIO & VICINITY BENEFIT TRUST, et al.** | Case No. 3:18-cv-00017 |
| **Plaintiffs** | **Judge Thomas M. Rose** |
| v. | **Magistrate Judge Sharon L. Ovington** |
| **J & H REINFORCING AND STRUCTURAL ERECTORS, INC., et al.** | |
| **Defendants** | |

## NOTICE OF APPEARANCE

Nicholas W. Schwandner gives notice of his appearance as attorney for Defendants J & H Reinforcing & Structural Erectors, Inc. and Donald A. Hadsell.

        Respectfully submitted,

        */s/ Nicholas W. Schwandner*
        Nicholas W. Schwandner (0086471)
        SCHWANDNER LAW FIRM LLC
        119 E. Court St., Suite 504
        Cincinnati, OH 45202
        T: 513-429-4099
        F: 513-772-7904
        ns@schwanlawfirm.com

        *Counsel for Defendants*
        *J & H Reinforcing & Structural Erectors, Inc.*
        *and Donald A. Hadsell*

## **CERTIFICATE OF SERVICE**

I certify that a copy was filed electronically, on July 10, 2023, via the Court's CM/ECF system, which will serve notification upon:

Joseph C. Hoffman, Jr.
Joseph D. Mando
David M. Pixley
Faulkner, Hoffman & Phillips, LLC
20445 Emeral Parkway Dr., Ste. 210
hoffman@fhplaw.com
mando@fhplaw.com
pixley@fhplaw.com

*/s/ Nicholas W. Schwandner*
Nicholas W. Schwandner