UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IRON WORKERS DISTRICT COUNCIL OF SOUTHERN OHIO & VICINITY BENEFIT TRUST, et al.<br><br>**Plaintiffs**<br><br>v.<br><br>**J & H REINFORCING AND STRUCTURAL ERECTORS, INC., et al.**<br><br>**Defendants** | Case No. 3:18-cv-00017<br><br>**Judge Thomas M. Rose**<br><br>**Magistrate Judge Sharon L. Ovington** |

## **MOTION FOR ORDER OF DISBURSEMENT**

Defendants request an order from the Court directing the Clerk's Office to disburse excess money garnished in this matter.

After judgment was entered, in July 2018 Garnishee US Bank deposited $24,872.09 with the Clerk's office.

On August 7, 2018, Plaintiffs filed a Motion for Order to Disburse Funds Held By This Court (ECF No. 24). As noted by Plaintiffs in their motion, Defendants had made direct payments to Plaintiffs, decreasing the balance of the judgment amount. As a result, Plaintiff only moved for disbursement of $14,039.61 as the then remaining unsatisfied amount. That disbursement was then completed around September 2018.

The balance of $10,832.48 continues to be held by the Clerk's Office. Defendants request disbursement of the excess balance back to Defendants.

Defendants move that $10,832.48 be disbursed by the Court to Defendants' counsel:

Schwandner Law Firm LLC
Attn: Nicholas W. Schwandner, Esq.
119 E. Court St., Ste. 504
Cincinnati, OH 45202

A proposed order is attached.

Respectfully submitted,

*/s/ Nicholas W. Schwandner*
Nicholas W. Schwandner (0086471)
SCHWANDNER LAW FIRM LLC
119 E. Court St., Suite 504
Cincinnati, OH 45202
T: 513-429-4099
F: 513-772-7904
ns@schwanlawfirm.com

*Counsel for Defendants*
*J & H Reinforcing & Structural Erectors, Inc.*
*and Donald A. Hadsell*

## CERTIFICATE OF SERVICE

I certify that a copy was filed electronically, on July 10, 2023, via the Court's CM/ECF system, which will serve notification upon:

Joseph C. Hoffman, Jr.
Joseph D. Mando
David M. Pixley
Faulkner, Hoffman & Phillips, LLC
20445 Emeral Parkway Dr., Ste. 210
hoffman@fhplaw.com
mando@fhplaw.com
pixley@fhplaw.com

*/s/ Nicholas W. Schwandner*
Nicholas W. Schwandner